IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. WILLIAMS, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 10-1796 MMC (PR)<br><br>**ORDER DENYING MOTION TO VACATE JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>**(Docket No. 9)** |

On April 26, 2010, plaintiff, a California prisoner incarcerated at California State Prison – Solano and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. Together with his complaint, plaintiff filed an incomplete application to proceed in forma pauperis ("IFP"). (Docket No. 3.) That same date, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved IFP application. Specifically, in said notice, plaintiff was advised that he must submit a Certificate of Funds in Prisoner's Account, completed and signed by an authorized officer at the prison, and must attach a copy of his prisoner trust account statement showing transactions for the last six months. Plaintiff was further advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the court-approved, prisoner's IFP application, instructions for completing it, and a return envelope.

1   When more than thirty days had passed since the deficiency notice was sent to
2 plaintiff, and plaintiff had not filed a completed IFP application or paid the filing fee, the
3 Court, by order filed June 15, 2010, dismissed the action without prejudice and entered
4 judgment accordingly.  (Docket Nos. 6, 7.)
5   Now pending before the Court is plaintiff's motion to vacate the judgment of
6 dismissal, by which plaintiff seeks to have the Court reopen the instant action and rule on his
7 IFP status based on an IFP application he filed subsequent to dismissal of the case.
8   Plaintiff's motion is hereby DENIED.  As noted above, the instant action was
9 dismissed without prejudice.  Accordingly, plaintiff is not precluded from filing a new action
10 that includes a completed, timely-filed IFP application.
11   This order terminates Docket No. 9.
12   IT IS SO ORDERED.
13 DATED: December 7, 2010

MAXINE M. CHESNEY
United States District Judge